# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

151277(80)(81)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ROBERT ARBUCKLE, Personal Representative
of the Estate of CLIFTON M. ARBUCKLE,
      Plaintiff-Appellee,

v

GENERAL MOTORS, LLC,
      Defendant-Appellant.
_____/

SC: 151277
COA: 310611
MCAC: 11-000043

On order of the Chief Justice, the motions of the Michigan Association for Justice to participate as amicus curiae and to extend the time for filing an amicus brief are GRANTED. The amicus brief will be accepted as timely filed if submitted on or before February 17, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016                

                                   Clerk